Eastern District of Kentucky
FILED
AUG 27 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V. INDICTMENT NO. 6:26-CR-105-REW-HAI

TAYLOR DEHART

* * * * *

THE GRAND JURY CHARGES:

**COUNT 1**
**21 U.S.C. § 841(a)(1)**

On or about August 7, 2025, in Bell County, in the Eastern District of Kentucky,

**TAYLOR DEHART**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 2**
**21 U.S.C. § 841(a)(1)**

On or about August 13, 2025, in Bell County, in the Eastern District of Kentucky,

**TAYLOR DEHART**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 3**
**18 U.S.C. § 922(g)(1)**

On or about August 21, 2025, in Bell County, in the Eastern District of Kentucky,

**TAYLOR DEHART,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is: (1) a Kimber, Model Ultra CDPII, 9mm pistol bearing serial number KUF6571; and (2) a Kimber, Model Micro 9, 9mm pistol bearing serial number PB0152910, and the firearms were in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**21 U.S.C. § 851 ENHANCEMENT**

Before **TAYLOR DEHART** committed the offenses charged in Counts One and Two of the Indictment, **TAYLOR DEHART** had a final conviction for a serious violent felony, namely, a conviction under Georgia Code § 16-8-41, Armed Robbery, for which he served more than 12 months of imprisonment.

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**W. PEARCE NESBITT**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-2:**

Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

> **If Prior Serious Violent Felony Conviction:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**COUNT 3:**

Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.